# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ANDREA WEBB | ) | |
| | ) | |
| v. | ) | Case No. CV615-067 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Application for leave of absence has been requested by Lamont A. Belk for the period of Monday, December 28, 2015 through and including Monday, January 4, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this _19th_ day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA